# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA - FRESNO

MARLENA ANN GILLUM,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

Case No. 1:16-cv-01186-GSA

**UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME AND ORDER**

IT IS HEREBY STIPULATED, by and between Marlena Ann Gillum (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of four (4) days to file her Opposition to Plaintiff's Opening Brief. The current due date is May 1, 2017. The new date will be May 5, 2017. An extension of time is needed because the attorney responsible for briefing this case had to take leave time this week to deal with an unexpected family matter. This request is made in good faith with no intention to unduly delay the proceedings.

This is the first extension of time request by Defendant in the above-captioned matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- 1 -

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Date: April 28, 2017 | | LAW OFFICES OF LAWRENCE D. ROHLFING |
| | | By: */s/ Young Chul Cho\** |
| | | YOUNG CHUL CHO |
| | | Attorney for Plaintiff |
| | | (*As authorized by e-mail on April 28, 2017) |

Date: April 28, 2017        PHILLIP A. TALBERT
                            United States Attorney

                             */s/ Jennifer Lee Tarn*
                            JENNIFER LEE TARN
                            Special Assistant United States Attorney

                            Attorneys for Defendant

OF COUNSEL:

Gina Tomaselli
Assistant Regional Counsel
Social Security Administration

## ORDER

Pursuant to the above stipulation (Doc. 16), Defendant shall file her opposition to plaintiff's opening brief on or before **May 5, 2017.** Any reply shall be filed within 15 days of the filing of the opposition.

IT IS SO ORDERED.

Dated**:  May 1, 2017**              */s/ Gary S. Austin*
                                    UNITED STATES MAGISTRATE JUDGE